# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILLY CEPERO,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:16-cv-00204-RFB-NJK

**ORDER**

Respondents have filed a motion for enlargement of time (second request) (ECF No. 27), which the court grants.

Petitioner has filed a notice of appeal from the court's order of January 9, 2018 (ECF No. 23), which denied his motion to strike any response to the petition. To the extent that this even is an issue that could be appealed, reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 27) is **GRANTED**. Respondents will have through April 9, 2018, to file and serve an answer or other response to the petition (ECF No. 1).

///
///
///
///
///

1 | IT IS FURTHER ORDERED that a certificate of appealability will not issue with respect to
2 | the notice of appeal (ECF No. 25).

DATED: March 20, 2018.

RICHARD F. BOULWARE, II
United States District Judge