# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | Case No. 2:16-cv-00204-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed a motion for enlargement of time (ECF No. 39), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (ECF No. 39) is **GRANTED**. Petitioner will have through June 25, 2018, to file a response to the motion to dismiss (ECF No. 33).

DATED: May 18, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

1